1

2

3

4

5

6

7

8                           **IN THE UNITED STATES DISTRICT COURT**

9                          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    EDWARD MURDOCK,                              CASE NO. CV F 09-0547 LJO SMS

12                          Plaintiff,             **ORDER ON SUMMARY JUDGMENT**
                                                   **MOTION BRIEFING AND HEARING**
13          vs.                                    (Doc. 22.)

14    COUNTY OF FRESNO,

15                          Defendant.
      _____/
16

17          Plaintiff's counsel is unavailable for the November 22, 2010 summary judgment motion hearing

18    set by defendant.  This Court's practice is to consider matters on the record without a hearing.  As such,

19    this Court:

20          1.     VACATES the November 22, 2010 summary judgment hearing;

21          2.     ORDERS plaintiff, no later than November 8, 2010, to file and serve opposition papers;

22                 and

23          3.     ORDERS defendant, no later than November 15, 2010, to file and serve reply papers.

24    This Court will consider defendant's summary judgment motion on the record without a hearing, unless

25    this Court orders otherwise.

26

27          IT IS SO ORDERED.

28    **Dated:     October 26, 2010                    /s/ Lawrence J. O'Neill**

                                                1

1                                         UNITED STATES DISTRICT JUDGE